UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEAN MAX DARBOUZE,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN KIBLER, Warden,<br><br>    Respondent. | Case No. 2:21-cv-04868-CJC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Petitioner's Stay and Abeyance Request (Dkt. 3, "Stay Request"), the Report and Recommendation of the United States Magistrate Judge regarding the Stay Request (Dkt. 7, "First R&R"), Petitioner's Objection to the First R&R (Dkt. 17), Respondent's Answer to the First Amended Petition (Dkt. 13) and supporting records, Petitioner's Reply (Dkt. 20), the Report and Recommendation of the United States Magistrate Judge as to the merits of the Petition (Dkt. 19, "Second R&R"), and Petitioner's Objection to the Second R&R (Dkt. 27).

Having engaged in a <u>de novo</u> review of those portions of the First R&R and the Second R&R to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's Stay Request (Dkt. 3) is DENIED;
2. Petitioner's Request for an evidentiary hearing (Dkt. 20 at 2) is DENIED; and
3. Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: February 15, 2022

_____
CORMAC J. CARNEY
United States District Judge