JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEAN MAX DARBOUZE, | Case No. 2:21-cv-04868-CJC (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| BRIAN KIBLER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: February 15, 2022

CORMAC J. CARNEY
United States District Judge